UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:12-cr-67 |
| | ) | |
| v. | ) | |
| | ) | COLLIER / LEE |
| JOSE MENDOZA-RUIZ | ) | |

## <u>O R D E R</u>

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one-count
Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate
Defendant guilty of the charges set forth in Count One of the Indictment; and (4) find Defendant
shall remain in custody until sentencing in this matter (Court File No. 19).  Neither party filed a
timely objection to the report and recommendation.  After reviewing the record, the Court agrees
with the magistrate judge's report and recommendation.  Accordingly, the Court **ACCEPTS** and
**ADOPTS** the magistrate judge's report and recommendation (Court File No. 19) pursuant to 28
U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment
        is **GRANTED**;

(2)     Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the
        Indictment;

(4)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **Thursday, November 29, 2012 at 2:00 p.m.**

**[EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**